MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7050
   Facsimile: (415) 436-7234
   E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MAURIEL RAMOS BANEGA, ) <br>    a/k/a Jose Ramos, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 12-0549 RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

     On July 31, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to August 7, 2012. The parties have agreed to exclude the period of time between July 31, 2012 and August 7, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0549 RS

1  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:
2
3
4                                                          MELINDA HAAG
                                                           United States Attorney
5
6  DATED: August 6, 2012                       _____/s/_____
                                                           J. MARK KANG
7                                                          Special Assistant United States Attorney
8
9  DATED: August 6, 2012                       _____/s/_____
                                                           ELIZABETH FALK
10                                                         Attorney for MAURIEL RAMOS BANEGA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0549 RS

[PROPOSED] ORDER

For the reasons stated above and at the July 31, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 31, 2012 and August 7, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/6/12

THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0549 RS