1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant BANEGA
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  No. CR 12-549 RS
                                    )
11            Plaintiff,             )  STIPULATION AND [PROPOSED]
                                    )  ORDER FOR CONTINUANCE OF
12      v.                           )  STATUS CONFERENCE
                                    )  AND EXCLUSION OF TIME
13 MAURIEL BANEGA,                  )
                                    )  Date:  August 21, 2012
14            Defendant.             )  Time:  2:30 p.m.
                                    )  Court: The Honorable Richard Seeborg
15 _____ )

16
       The parties hereby stipulate and agree as follows:
17
   1.  This matter was set for a status conference on August 7, 2012 at 2:30 p.m.;
18
   2.  Defense counsel needs more time to continue their investigation into the length
19
       and type of sentences for Mr. Banega's prior convictions;
20
   3.  Counsel for the government has been contacted and has no objection to the
21
       continuation;
22
   4.  The defense thus requests that the status conference be
23
       continued, and that a change of plea hearing be set for August 21, 2012 at
24
       2:30 p.m.
25
   5.  Further, and in light of the foregoing, the parties stipulate and jointly request that
26

1 time be excluded from the Speedy Trial Act calculations from Tuesday, August 7,
2 2012 through Tuesday, August 21, 2012 on the basis of effective assistance of
3 counsel.  The parties agree that the ends of justice served by granting such a
4 continuance outweigh the best interests of the public and the defendant in a
5 speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv)..

7 IT IS SO STIPULATED.

  Dated: August 6, 2012

                                        _____/s/_____
10                                      ELIZABETH M. FALK
                                        ASSISTANT FEDERAL PUBLIC DEFENDER

  Dated: August 6, 2012                 _____/s/_____
14                                       MARK KANG
                                        ASSISTANT UNITED STATES ATTORNEY

12-549 RS; Stipulation to Continue                    2

**[~~PROPOSED~~] ORDER**

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from August 7, 2012 to August 21, 2012 at 2:30 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from Tuesday, August 7, 2012 through Tuesday, August 21, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).

**IT IS SO ORDERED**.

DATED: __8/7/12_____        _____
                                     THE HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT JUDGE

12-549 RS; Stipulation to Continue            3